United States District Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PENTA STATE LLC, *et al*,<br>Debtors.<br>———————————— | §<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:26-cv-03968 |
| ELITE MEDICAL<br>LABORATORY SOLUTIONS<br>LLC, and GRAHAM<br>TOMBALL LLC,<br>Plaintiffs, | §<br>§<br>§<br>§<br>§ | ADVERSARY NUMBER<br>22-03300<br><br>JUDGE CHARLES ESKRIDGE |
| versus | §<br>§<br>§<br>§<br>§ | |
| XAVIER BECERRA, *et al*,<br>Defendants. | §<br>§ | |

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Pending is a joint motion to dismiss filed by the parties in this adversary proceeding. See Dkt 131.

The Bankruptcy Judge Jeffrey P. Norman issued a Report and Recommendation recommending that this adversary proceeding be closed subject to reopening for appropriate relief based on the approved compromise and settlement and order of dismissal. See Dkt 1; see also Dkts 127 (settlement) & 132 (order of dismissal).

The Report and Recommendation of the Bankruptcy Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 1.

The joint motion to dismiss is GRANTED. Dkt 131.

This adversary proceeding is CLOSED.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on June 12, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2